NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED  **Bk 17903  PG 316**
Instr # 2019007149
03/01/2019  01:53:58 PM
Pages 1        YORK CO

## Quitclaim Assignment

WHEREAS, FIRST FRANKLIN FINANCIAL CORP., AN OP SUB OF MLB&T CO., FSB, is identified as the "Lender" on a certain mortgage executed by Hetty N Merrill and Robert E Merrill, and bearing the date of the 22nd day of March, 2007 and recorded on the 26th day of March, 2007 in the Office of the Recorder of YORK County, State of MAINE in Book 15114 at Page 0413, Doc# 2007014317 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of FIRST FRANKLIN FINANCIAL CORP., AN OP SUB OF MLB&T CO., FSB, and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS FIRST FRANKLIN FINANCIAL CORP., AN OP SUB OF MLB&T CO., FSB, wishes to convey and assign any and all rights it may have under the Mortgage to U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, FIRST FRANKLIN FINANCIAL CORP., AN OP SUB OF MLB&T CO., FSB, hereby assigns and quit claims to U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2, all of its rights, title and interests (whatever they may be, if any) in the Mortgage to U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2.

Dated: March 1, 2019

FIRST FRANKLIN FINANCIAL CORP.,
FORMERLY AN OP SUB OF MLB&T CO., FSB

Martha Correa, Assistant Vice President

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this March 1, 2019, by Martha Correa, Assistant Vice President of FIRST FRANKLIN FINANCIAL CORP., FORMERLY AN OP SUB OF MLB&T CO., FSB, on behalf of the company.   He/<u>She is personally</u> known to me or who has produced <u>N/A</u> as identification.

Notary Public: <u>Lourdes Rodriguez</u>
My Commission Expires: <u>June 2, 2020</u>


LOURDES RODRIGUEZ
Notary Public, State of Florida
Commission# FF 998453
My comm. expires June 2, 2020

Prepared by: MARTHA CORREA
When Recorded Return to:
Bank of America, N. A.
MC: FL1-908-01-05
4909 Savarese Circle, Tampa, FL 33634


EXHIBIT
F