UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2 | CIVIL ACTION NO: 2:19-cv-00558-JAW |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>256 Hanscom Road, Eliot, ME 03903 |
| Hetty N. Merrill | Mortgage:<br>March 22, 2007 |
| Defendant | Book 15114, Page 413 |
| Capital One Bank (USA), N.A. | |
| Party-In-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

I. **Corporate Disclosure**

Plaintiff, U.S. Bank, U U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2

II. **Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and

corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

>Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
>U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2- Plaintiff
>Hetty N. Merrill - Defendant
>Capital One Bank (USA), N.A. - Party-in-Interest

| | |
|---|---|
| Dated: December 16, 2019 | /s/Reneau J. Longoria, Esq. |
| | John A. Doonan, Esq., Bar No. 3250 |
| | Reneau J. Longoria, Esq., Bar No. 5746 |
| | Attorneys for Plaintiff |
| | Doonan, Graves & Longoria, LLC |
| | 100 Cummings Center, Suite 225D |
| | Beverly, MA 01915 |
| | (978) 921-2670 |
| | JAD@dgandl.com |
| | RJL@dgandl.com |

# CERTIFICATE OF SERVICE

   I, Reneau J. Longoria, Esq. hereby certify that on this 16th day of December, 2019, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                    /s/Reneau J. Longoria, Esq.
                    John A. Doonan, Esq., Bar No. 3250
                    Reneau J. Longoria, Esq., Bar No. 5746
                    Attorneys for Plaintiff
                    Doonan, Graves & Longoria, LLC
                    100 Cummings Center, Suite 225D
                    Beverly, MA 01915
                    (978) 921-2670
                    JAD@dgandl.com
                    RJL@dgandl.com

Hetty N. Merrill
256 Hanscom Road
Eliot, ME 03903

Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060