THE STATE OF MAINE

UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 2:19-CV-00558-JAW
Filed On: 12-9-2019

U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2

-against-

**AFFIDAVIT OF SERVICE**

HETTY N. MERRILL

---

STATE OF VA, COUNTY OF: Fairfax .: (Process Server): Jody Ashworth, VA
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of VA.
That on 1/21/20, at 11:32 am/pm at 100 SHOCKOE SLIP, RICHMOND, VA 23219 I served the SUMMONS, COMPLAINT AND CIVIL ACTION COVER SHEET bearing Index # 2:19-CV-00558-JAW and filed date 12-9-2019 upon CAPITAL ONE BANK (USA), N.A.,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[X] **AGENCY / BUSINESS ENTITY**
by delivering thereat 1 true copy(ies) of each to (name) Rene Nordquist,
(capacity) Intake Manager, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name) _____
(relationship) _____ who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date)

[X] **DESCRIPTION**
Sex: F; Color: White; Hair: Brown; Approx. Age: 35; Approx. Height: 5'4"; Approx. Weight: 130;
Other: _____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on: 01/22/20

[Notary seal: NICOLE BERNARDO, NOTARY PUBLIC, REG. #7849720, MY COMMISSION EXPIRES JUNE 30 2023, COMMONWEALTH OF VIRGINIA]

Signature of Process Server: Jody Ashworth

DOONAN, GRAVES & LONGORIA, LLC
100 CUMMINGS CENTER, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 1013.08



RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS741308F)VM 1005847>